## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NUMBER HSI-PM-2025-076064-001 | No.: 2:25-mc-00363-KFW<br><br>**FILED UNDER SEAL** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Telegram Messenger Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the above-referenced summons) of the existence of the summons until November 12, 2025.

The Court determines that there is reason to believe that notification of the existence of the summons will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or flee prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Telegram Messenger Inc. shall not disclose the existence of the above-referenced summons, or this Order of the Court, to the listed subscriber or to any other person, until November 12, 2025, except that Telegram Messenger Inc. may disclose the above-referenced summons to an attorney for Telegram Messenger Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until November 12, 205.

<u>August 18, 2025</u>
Date

_____
*Judge's Signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*